IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE M. STOUT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AURORA LOAN SERVICE LLC and | : | NO. 2:08-cv-3194 |
| LEHMAN BROTHERS BANK | : | |

O R D E R

AND NOW, this 13th day of November 2008, presently before this Court are Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 3), Plaintiff's Response in Opposition thereto (Doc. No. 6), and Defendant's Reply in Support thereof (Doc. No. 7). Without ruling on Defendant's Motion to Dismiss at this point, we find that Plaintiff's claims based on the Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*, would best be resolved in the context of Plaintiff's recent bankruptcy action in order to ensure fairness to all of Plaintiff's creditors.

Accordingly, it is hereby ORDERED that Plaintiff is granted leave to file a motion to reopen her bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of Pennsylvania pursuant to 11 U.S.C. § 350(b). Plaintiff shall file the motion on or before December 12, 2008. It is further ORDERED that this matter shall be stayed pending the resolution of Plaintiff's motion to reopen. Plaintiff is directed to advise this Court of the resolution of the motion within one week of the issuance of the Bankruptcy Court's relevant order.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis , J.