IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE M. STOUT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AURORA LOAN SERVICE LLC and LEHMAN BROTHERS BANK | : : | NO. 2:08-cv-3194 |

## O R D E R

AND NOW, this 13th day of November 2008, given the fact that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed

[X]  -  Other: Order granting Plaintiff leave to file a motion to reopen the related case before the U.S. Bankruptcy Court and staying these proceedings pending disposition of that action.

it is hereby ORDERED that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File.

It is FURTHER ORDERED that the Court shall retain jurisdiction, and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis , J.